AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
DEC 1 3 2012
David J. Bradley, Clerk

United States of America
v.
Jonathan Christian TREVINO, YOB:1984; US Citizen
Fabian RODRIGUEZ, YOB:1984; US Citizen
Gerardo Mendoza-DURAN, YOB:1982; US Citizen

Case No. M-12-2646-M

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  08/24/2012 to 11/30/2012  in the county of  Hidalgo  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. 846, 841<br>Title 18 U.S.C. Section 2 | (i) knowingly and intentionally conspire to possess with intent to distribute a controlled substance; the controlled substance involved was more than 5 kilograms of cocaine, a Schedule II controlled substance and (ii) did knowingly and intentionally possess with intent to distribute a controlled substance; the substance involved was more than 5 kilograms of cocaine, a Schedule II substance; |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved
[signature]

_____
Complainant's signature

Bennett Forrest  FBI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date:  12/13/2012

_____
Judge's signature

Dorina Ramos
US Magistrate Judge
Printed name and title

City and state:  McAllen, Texas

ATTACHMENT A

2. Fabian Rodriguez, YOB 19843

3. Gerardo Duran, YOB 1982

**Attachment "A"**
**United States District Court**
**Southern District Court**
**McAllen Division**

In August 2012, agents received information that members of the Hidalgo County Sheriff Office Panama Unit were involved in the distribution of narcotics. The Hidalgo County Sheriff Office Panama Unit is a task force designed to target narcotics trafficking in Hidalgo County and is comprised of law enforcement officers from the Hidalgo County Sheriff's Office and the Mission Police Department. The investigation revealed that members of the Panama Unit, including Jonathan Trevino (TREVINO), Alexis Espinoza (ESPINOZA), Fabian Rodriguez (RODRIGUEZ) and Gerardo Duran (DURAN), utilized their positions as law enforcement personnel to escort and protect loads of narcotics.

In September 2012, a Confidential Source (CS) informed DURAN that the CS was working with a narcotics trafficking organization which was seeking assistance from corrupt law enforcement officers who could provide protective escorts for loads of narcotics. On October 19, 2012, the CS informed DURAN that the organization that the CS was working with was going to drive a vehicle containing approximately 20 kilograms of cocaine from the McAllen, Texas area north through the Falfurrias, Texas checkpoint. On that day, DURAN and another individual provided a protective escort for a vehicle that DURAN believed to contain 20 kilograms of cocaine. During the event, agents were transporting 20 kilograms of cocaine in another vehicle. Subsequent to the escort, DURAN was paid $4,000.00 for the services. Later, on November 1, 2012, DURAN and ESPINOZA again provided a protective escort for a vehicle which DURAN believed contained 30 kilograms of cocaine as it traveled from the Mission, Texas area north towards the Falfurrias, Texas checkpoint. During this event, 20 kilograms of cocaine was being transported in another vehicle. After the escort, the CS paid DURAN $3,000.00.

Also, in September 2012, another Confidential Source (CS2) informed agents that TREVINO, ESPINOZA and other members of the Panama Unit were involved in trafficking narcotics. On November 1, 2012, CS2 paid ESPINOZA a down payment of $1,500.00 for ESPINOZA to provide protection for a vehicle containing narcotics containing cocaine. On November 2, 2012, ESPINOZA, who was driving a Mission Police Department vehicle, and DURAN provided a protective escort for a vehicle believed to contain cocaine from the McAllen, Texas area to the Weslaco, Texas area. During the event, approximately nine (9) kilograms of cocaine were being transported in another vehicle. Subsequent to the escort being provided, CS2 paid ESPINOZA an additional $1,500.00.

On November 7, 2012, CS2 paid ESPINOZA another $2,000.00 to provide protection for another load of cocaine. On November 9, 2012, ESPINOZA and DURAN again escorted a vehicle believed to contain cocaine from the McAllen, Texas area to the Weslaco, Texas area. After the protective escort was provided, ESPINOZA and DURAN met at Sam's Club in Pharr, Texas to receive an additional $2,000.00 payment.

On November 30, 2012, TREVINO and ESPINOZA agreed with CS2 to provide a protective escort for a load of cocaine being transported from the McAllen, Texas area to an area north of Edinburg, Texas. On that date, TREVINO, ESPINOZA and RODRIGUEZ provided a protective escort for a vehicle they believed contained seven (7) kilograms of cocaine that traveled from the McAllen, Texas area to the Edinburg, Texas area. During the event, approximately seven (7) kilograms were being transported in another vehicle. For the escort, CS2 paid TREVINO and ESPINOZA $6,000.00

Your Affiant, being duly sworn, states that the facts in the foregoing affidavit are true to the best of my knowledge, information, and belief.

_____
Bennett Forrest
Special Agent, Federal Bureau of Investigation

Subscribed and sworn to before me this ___13th___ day, December, 2012.

_____
Dorina Ramos
United States Magistrate Judge